# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA
# EVANSVILLE DIVISION

| | |
|---|---|
| ANITA F. ADAMS, individually, and on behalf of all others similarly situated,<br><br>　　　　Plaintiff,<br><br>v.<br><br>AZTAR INDIANA GAMING COMPANY, LLC d/b/a TROPICANA EVANSVILLE,<br><br>　　　　Defendant. | Case No. 3:20-cv-00143-MPB-MJD |

### PLAINTIFF'S RENEWED UNOPPOSED MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT

Plaintiff Anita F. Adams respectfully submits this renewed motion for final approval of class action settlement pursuant to Federal Rule of Civil Procedure 23(e)(2). This motion is unopposed by Defendant Aztar Indiana Gaming Company, LLC d/b/a Tropicana Evansville.

In support of this motion, Plaintiff submits a supporting Memorandum of Law, the Declaration of Alexander T. Ricke (Class Counsel), and the Declaration of Shari Lynne Grayson of Analytics Consulting LLC (Settlement Administrator). Plaintiff has also submitted a Motion to Award Attorneys' Fees and Expenses to Class Counsel and a Service Award to the Named Plaintiff contemporaneous to the filing of this motion.

For the reasons further described in the accompanying Memorandum of Law, this Court should grant Plaintiff's motion, approve the Settlement Agreement, award Class Counsel attorneys' fees and expenses as requested, and approve a service award to Plaintiff as requested. Pursuant to Local Rule 7-1(d), Plaintiff will submit a Proposed Order Granting Final Approval of Class Action Settlement for the Court's consideration to the Court's Chambers via e-mail.

Dated:  June 19, 2023                    Respectfully submitted,

**STUEVE SIEGEL HANSON LLP**

<u>*/s/ Alexander T. Ricke*</u>
George A. Hanson, MO Bar No. 43450
*admitted to practice before the S.D. Ind.*
Alexander T. Ricke, MO Bar No. 65132
*admitted to practice before the S.D. Ind.*
Caleb J. Wagner, MO Bar No. 68458
*admitted pro hac vice*
460 Nichols Road, Suite 200
Kansas City, Missouri 64112
Telephone:     816-714-7100
Facsimile:      816-714-7101
Email:  hanson@stuevesiegel.com
Email:  ricke@stuevesiegel.com
Email:  wagner@stuevesiegel.com

**McCLELLAND LAW FIRM, P.C.**
Ryan L. McClelland, MO Bar No. 59343
*admitted pro hac vice*
Michael J. Rahmberg, MO Bar No. 66979
*admitted pro hac vice*
The Flagship Building
200 Westwoods Drive
Liberty, Missouri 64068
Telephone:     816-781-0002
Facsimile:      816-781-1984
Email:  ryan@mcclellandlawfirm.com
Email:  mrahmberg@mcclellandlawfirm.com

**CLASS COUNSEL**

## CERTIFICATE OF SERVICE

I hereby certify that, on June 19, 2023, a true and correct copy of the foregoing document was filed electronically through the Court's CM/ECF system, and therefore, will be transmitted to all counsel of record by operation of the Court's CM/ECF system.

<u>*/s/ Alexander T. Ricke*</u>
**CLASS COUNSEL**